IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| ROBERT HORVATH, LORI PARK-GIANFRANCISCO, THERESA L. PORTELL, FRANK G. PANTALEO, PATRICIA PANTALEO, RICHARD RUTKOWSKI, PHYLLIS RUTKOWSKI, SHARON GIAMMANCO, SALVATORE GIAMMANCO, and on behalf of the class members described below,<br><br>    Plaintiffs,<br><br>v.<br><br>NADIM KHALIL ZAYED a/k/a DEAN ZAYED, BROOKSTONE CAPITAL MANAGEMENT LLC, and KAIZEN ADVISORY, LLC,<br><br>    Defendants, | No. 1:18-cv-05414<br><br>Hon. John J. Tharp |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

NOW COME Plaintiffs Robert Horvath, Lori Park-Gianfrancisco, Frank Pantaleo, Patricia Pantaleo, Richard Rutkowski, Phyllis Rutkowski, Sharon Giammanco, and Salvatore Giammanco, by and through their attorneys John S. Burke and Jared M. Schneider, and hereby give Notice of their voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 17, 2018                        Respectfully Submitted,

   /s/ John S. Burke                     /s/ Jared M. Schneider
      John S. Burke                               Jared M. Schneider

John S. Burke (ARDC #6208743)
Jared M. Schneider (ARDC #6318314)
HIGGINS & BURKE, P.C.

2560 Foxfield Road, Suite 200
Saint Charles, Illinois 60174
P: (630) 762-9081
F: (630) 762-9084
jburke@higginsandburke.com
jschneider@higginsandburke.com