# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THERESA L. PORTELL, individually and on behalf of the class members described below, | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 18-CV-05414 |
| v. | ) Judge John J. Tharp, Jr. |
| NADIM KHALIL ZAYED a/k/a DEAN ZAYED, BROOKSTONE CAPITAL MANAGEMENT LLC, and KAIZEN ADVISORY, LLC, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT ORDER

The matter having been decided by Judge John J. Tharp, Jr. on a motion to dismiss, judgment is entered in favor of the defendants and against the plaintiff. The defendants shall recover costs from the plaintiff.

The dismissal of this action is with prejudice as to its continuation in this Court and to any right of the plaintiff to assert the alleged claims in any representative capacity. The dismissal is without prejudice to any right of the plaintiff to assert any claim in her individual capacity.

Dated: March 29, 2019

John J. Tharp, Jr.
United States District Judge